IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER G. ROGERS,
    Petitioner,

vs.                                        Case No. 3:08cv280/LAC/EMT

STATE OF FLORIDA,
    Respondent.
_____/

**ORDER**

        This cause is before the court upon Petitioner's filing an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 and motion to proceed in forma pauperis (Docs. 6, 7). Petitioner having demonstrated that he qualifies to proceed in forma pauperis, his motion to proceed without prepayment of the filing fee will be granted.

        According to the amended petition and the attachments thereto, Petitioner is currently incarcerated awaiting trial and sentencing in the Circuit Court for Okaloosa County, Florida, on a charge of manslaughter (*see* Doc. 6 at 2, attachments). Petitioner claims he is being unlawfully incarcerated based upon several grounds, including a violation of his constitutional right to a speedy trial. The court previously advised Petitioner, upon review of Petitioner's original habeas petition, that the court was precluded from considering most of his claims pursuant to the abstention doctrine set forth in Younger v. Harris, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971) (*see* Doc. 4). With regard to Petitioner's speedy trial claim, Petitioner was specifically advised that whether he could proceed with the claim would be determined by the relief he sought, that is, whether he wished to have the trial court barred from bringing the charge against him or whether he wished to have the trial court compelled to expediently bring the charge against him (*id.*). Despite this advisory, the court cannot determine the relief Petitioner seeks on the speedy trial claim asserted in his amended petition. Therefore, Petitioner will be required to supplement his amended petition with an affidavit

stating whether he wishes to have the trial court barred from bringing the charge against him or whether he wishes to have the trial court compelled to expediently bring the charge against him.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed in forma pauperis (Doc. 7) is **GRANTED**.

2. Within **TWENTY (20) DAYS** of the date of docketing of this order, Petitioner shall file an affidavit stating what form of relief he seeks from the court with regard to his speedy trial claim, that is, whether he wishes to have the trial court barred from bringing the charge against him or whether he wishes to have the trial court compelled to expediently bring the charge against him.

**DONE AND ORDERED** this 29th day of August 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**