IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER G. ROGERS,
    Petitioner,

vs.                          Case No. 3:08cv280/LAC/EMT

STATE OF FLORIDA,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 9, 2008 (Doc. 13). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed, if any.

Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 6) is **DISMISSED** without prejudice on the ground that the abstention doctrine set forth in Younger v. Harris, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971) applies.

**DONE AND ORDERED** this 10th day of November, 2008.

                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**